# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | |
|---|---|
| DOTTIE J. HOLOMEK,<br><br>    Plaintiff<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | Case No. 8:14-cv-00412-LSC-FG3<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that the above-entitled matter has been resolved between the parties pending the exchange of final settlement documents. Plaintiff respectfully requests that the Court retain continuing jurisdiction over this matter pending the filing of a Notice of Dismissal herein.

Dated: January 22, 2015

Respectfully submitted,

DOTTIE J. HOLOMEK, Plaintiff

By:  s/ Burke Smith
Burke Smith, #19883
10730 Pacific St., Ste. 100
Omaha, NE 68114
Tel. (402) 718-8865
Fax (402) 218-4391
Burke@BurkeSmithLaw.com

**Attorney for Plaintiff**

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

I further certify that a copy of the foregoing was served on the following parties:

>Mr. Todd P. Stelter
>Hinshaw & Culbertson LLP
>222 N LaSalle Street, Suite 300
>Chicago, IL 60601
>tstelter@hinshawlaw.com
>**Attorney for Defendant**

s/ Burke Smith